Ruben Guerra, Esq. (SBN 291446)
Tizoc Perez-Casillas, Esq. (SBN 309981)
**GUERRA & CASILLAS LLP**
617 South Olive Street, Suite 422
Los Angeles, California 90014
Telephone: (213) 437-9495
Facsimile: (213) 342-5503
ruben@guerracasillas.com
tizoc@guerracasillas.com

Attorneys for Plaintiff,
OCTAVIO GOMEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO GOMEZ, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FIRST TRANSIT, INC.; and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | Case No.  2:20-cv-07123 GW (SKx)<br>Assigned to: Hon. George Wu<br><br>**ORDER TO REMAND REMOVED ACTION** |

-1-
STIPULATION TO REMAND REMOVAL ACTION; ORDER THEREON

# ORDER

On December 28, 2020, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. The United States Central District of California case number 2:20-cv-07123 GW styled *Gomez v. First Transit, Inc. et al.* is hereby remanded to Los Angeles County Superior Court.

**IT IS SO ORDERED**.

DATED: January 4, 2021

_____
The Honorable George H. Wu,
UNITED STATES DISTRICT JUDGE